UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   Case No: 6:17-cr-215-Orl-41DCI

**DAVID HARDMAN**
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon the filing of the United States' Motion for Entry of Preliminary Order of Forfeiture ("Motion," Doc. 52), pursuant to 18 U.S.C. §§ 924(d), 2253, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for the following property ("Property"):

1. Real property located at 4097 Mount Carmel Lane, Melbourne Florida 32901;
2. An Apple Mac, Serial Number W8037TGZDAS;
3. A Sony Handycam Digital Video Camera Recorder, Model DCR-TRV48;
4. Emachines Computer, Serial Number CGM8410002850;
5. Emachines Computer, Serial Number PTnae05159100877C3001;
6. A Ruger 9mm, Serial Number 329-66837; and
7. Assorted Ammunition.

The Court finds that the United States established the requisite nexus between the Property and Defendant's crime of production of child pornography and forcible assault of a federal office with use of a deadly and dangerous weapon, in violation of 18 U.S.C. §§ 2251(a) and 111(a)(1), as charged in Counts One and Five of the Superseding Indictment (Doc. 34).

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2), 18 U.S.C. §§ 2253, 924(d), and 28 U.S.C. § 2461(c) the Property more fully identified above, are forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the Property and will publish notice on the internet at www.forfeiture.gov.

2. Any person, other than David Hardman, who has or claims any right, title or interest in the Property must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the Property. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited Property and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the Property.

5. Upon adjudication of all third-party interests in the above-described Property this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the Property.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record