IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

UNITED STATES OF AMERICA,           )
    Plaintiff,                      )     2019 MAR 18 PM 2:13
                                    )
                                    )
vs.                                 )     Criminal Case No. 6:17-cr-0215
                                    )
                                    )
DAVID BRUCE HARDMAN,                )
    Defendant.                      )
_____)

## MOTION TO ORDER TRIAL COUNSEL TO TURN OVER CASE FILE

**NOW COMES**, David Bruce Hardman, defendant, pro se, in the above listed criminal case, to move this Court to order trial counsel **Fritz Scheller** (hereafter "Scheller") to turn over his entire file on the above listed criminal case to defendant. In support, defendant states the following:

In the above criminal case, defendant was forced to file his own "Notice of Appeal" (Dkt.# 65) when Scheller refused after specifically being asked.

Ultimately, defendant was appointed a different attorney (Aliza Hochman Bloom) to represent him on the current appeal (Dkt.# 76) proceeding before the Eleventh Circuit. (Case No. 18-14225)  Ms. Bloom filed an 'Anders' Brief stating there were no valid issues for appeal. As it stands now, defendant is taxed with having to find meritorious issues for appeal.

As of the date of this motion, neither defendant nor appellate attorney has received the entire case file from Scheller, even after repeated requests.

Defendant requests this Court order Scheller to forward his complete case file, which includes, but is not limited to the following items:

-1-

(1) Notice of 'Lis Pendens;' (Dkt. 31 & 32)
(2) Letter of Support; (Dkt. 57)
(3) Exhibit List by Government (Dkt. 59)
(4) Motions and Orders of Forfeiture (Dkt. 52, 53, & 60)
(5) Final Judgment of Forfeiture [Motion and Order] (Dkt. 87 & 90)
(6) Stipulation of Restitution to Victim H.C. (Not on Docket) (see Attachment 1)

Defendant also requests Scheller be informed to send the requested information to his institution in large envelopes, clearly marked "**LEGAL MAIL - OPEN IN THE PRESENCE OF THE INMATE**" on the front. This will greatly help defendant in promptly perfecting his claims to the Eleventh Circuit.

## CONCLUSION

**WHEREFORE**, defendant moves this Court to **GRANT** this motion and **ORDER** Scheller to forward defendant a copy of his case file, to include the above requested information, so he can properly pursue his appeal in this matter.

Respectfully submitted this 15 day of March, 2019.

David B. Hardman # 69235-018
FCI Jesup-Medium
2680 Highway 301 South
Jesup, GA. 31599

## CERTIFICATE OF SERVICE

I, David Hardman, do hereby certify that I have sent a true and correct copy of this "**Motion to Order Trial Counsel to Turn Over Case File**" via United States Postal Service, with the proper postage affixed to the following:

Fritz Scheller - Attorney
200 E. Robinson Street, Suite 1150
Orlando, FL. 32801

Respectfully Submitted:

David B. Hardman # 69235-018