# Attachment 1

Case 6:17-cr-00215-CEM-DCI   Document 110-1   Filed 03/18/19   Page 2 of 2 PageID 463

Case 6:17-cr-00215-CEM-DCI   Document 100   Filed 11/15/18   Page 52 of 57 PageID 431
Case: 18-14225     Date Filed: 02/13/2019     Page: 141 of 147

52

```
 1   inform any other residents that the premises may be subject to

 2   a search pursuant to this condition.  Failure to submit to a

 3   search may be grounds for revocation.

 4           You shall be prohibited from incurring new credit

 5   charges, opening additional lines of credit, or obligating

 6   yourself for any major purchases without the approval of your

 7   probation officer.

 8           You shall provide the probation officer access to

 9   any requested financial information.

10           The defendant, having been convicted of a qualifying

11   felony shall cooperate in the collection of DNA as directed by

12   the probation officer.

13           The mandatory drug testing requirements of the

14   Violent Crime Control Act are waived; however, The Court

15   orders the defendant to submit to random drug testing not to

16   exceed 104 tests per year.

17           As to restitution, pursuant to the stipulation of

18   the parties, restitution is ordered to the victim H.C. in the

19   amount of $8,675.

20           The Court waives the imposition of a fine.

21           Ms. Gable, are there any pending forfeiture matters

22   to consider at this time?

23           MS. GABLE:  Your Honor, there is one.  So we would

24   ask the Court to enter an order consistent with the

25   preliminary order of forfeiture at Document 53, but we would
```