**DAVID BRUCE HARDMAN**
Register No. 69235-018
FCI Jesup-Medium
2680 Highway 301 South
Jesup, GA. 31599

August 30, 2019

To: **United States District Court**
Attn: Clerk of Court
401 W. Central Blvd. Suite 1200
Orlando, Fl. 32801

Re: United States v. Hardman
Criminal Case No. 6:17-cr-0215

Dear Clerk,

At this time I am requesting a copy of the Criminal Docket from date of docket entry 109 in the above styled case. Please find enclosed a S.A.S.E. for your convenience. Thank you in advance for your continued assistance.

Sincerely,

David B. Hardman # 69235-018