DAVID BRUCE HARDMAN
REGISTER NO. 69235-018
FCI JESUP-MEDIUM
2680 HIGHWAY 301 SOUTH
JESUP, GA. 31599



October 21, 2019

To: UNITED STATES DISTRICT COURT
    Attn: Clerk of the Court
    401 W. Central Blvd, Suite 1200
    Orlando, FL. 32801

Re: United States v. Hardman   Case No. 6:17-cr-0215

Dear Clerk,

Hello. I am requesting that the hearing on August 22, 2017 proceedings held before Magistrate Judge Gregory J. Kelly be transcribed so I may obtain a copy of the transcript. This is Docket No. 6 for the above styled case.

I am also requesting a Transcript Information Form(s) to be sent to the above address. I am including a SASE for your convenience. Thank you in advance for your continued assistance.

Sincerely,

David B. Hardman #69235-018