# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 22, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  David Hardman
         v. United States
         No. 19-8558
         (Your No. 18-14225-AA)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk